IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 93-5376

_____


JILL BROWN,

              Plaintiff-Appellee,

v.

BRYAN COUNTY OK, ET AL,

              Defendants,

BRYAN COUNTY OK and STACEY BURNS,

              Defendants-Appellants
              Cross-Appellees,

_____

Appeal from the United States District Court
for the Eastern District of Texas
_____

ON REMAND FROM THE SUPREME COURT

July 3, 1997

Before REYNALDO G. GARZA, WIENER and EMILIO M. GARZA, Circuit
Judges.

ORDER:

     The above case, which can be found at 67 F.3d, 1174 was
reversed by the Supreme Court.  Our judgment was vacated and the
same was remanded.  We in turn remand the same to the District
Court for the Eastern District of Texas, from whence it came, for
consideration in conformity with the opinion of the Supreme Court.